**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICIA SCUTIER, as conservator of the Estate of Edward J. Gage and BILLY WARREN GAGE, as successor Trustee of the EDWARD J. AND BETTY L. GAGE TRUST, dated June 21, 1999,,<br><br>           Plaintiff,<br><br>vs.<br><br>LESLIE S. KING, a Nevada citizen, LORI D. KING, a Nevada citizen, LOLA GAGE, a Nevada citizen, and DOES 1-50, inclusive,<br><br>           Defendants. | 3:14-cv-00377-HDM-VPC<br><br>ORDER |

Before the court is the plaintiff Billy Warren Gage's motion for partial summary judgment (#44). Defendants have opposed (#50) and moved to deny or continue the motion for summary judgment under Federal Rule of Civil Procedure 56(d) (#49). Plaintiff has replied (#55) and opposed defendants' motion (#56), and defendants have replied (#62). In addition, defendants have filed two motions to strike portions of declarations attached to the motion for summary

1

judgment (#51, #52).  The motions to strike have been fully briefed.

Discovery in this case has not yet closed.  Accordingly, defendants' motion to deny or continue pursuant to Rule 56(d) is **GRANTED** and Billy Warren Gage's motion for partial summary judgment (#44) is **DENIED WITHOUT PREJUDICE** to renew at the close of discovery.  The defendants' motions to strike (#51, #52) are **DENIED AS MOOT.**

IT IS SO ORDERED.

DATED: This 2nd day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE