**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

```
PATRICIA SCUTIER, as conservator  )    3:14-cv-00377-HDM-VPC
of the Estate of Edward J. Gage   )
and BILLY WARREN GAGE, as         )
successor Trustee of the EDWARD   )    ORDER
J. AND BETTY L. GAGE TRUST, dated )
June 21, 1999,,                   )
                                  )
            Plaintiff,            )
                                  )
vs.                               )
                                  )
LESLIE S. KING, a Nevada citizen, )
LORI D. KING, a Nevada citizen,   )
LOLA GAGE, a Nevada citizen, and  )
DOES 1-50, inclusive,             )
                                  )
            Defendants.           )
_____)
```

Plaintiff Billy Warren Gage's renewed motion for partial summary judgment (#72) is **DENIED**. All related renewed motions are **DENIED AS MOOT**.

IT IS SO ORDERED.

DATED: This 30th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE