SULLIVAN LAW
A Professional Corporation
J. D. Sullivan, NV Bar No. 5516
Gene M. Kaufmann, NV Bar No. 6704
1625 Highway 88, Suite 401
Minden, Nevada 89423

Telephone:  (775) 782-6915
Telecopier: (775) 782-3439

Attorneys for Plaintiff,
BILLY WARREN GAGE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BILLY WARREN GAGE, as successor conservator of the Estate of Edward J. Gage and as successor Trustee of The EDWARD J. & BETTY L. GAGE TRUST, dated June 21, 1999,<br><br>Plaintiff,<br><br>vs.<br><br>LESLIE S. KING, a Nevada citizen; LORI D. KING, a Nevada citizen; LOLA GAGE, a Nevada citizen and DOES 1 through 49, inclusive,<br><br>Defendants.<br>_____/ | Case No.:<br>3:14-cv-00377-HDM-VPC<br><br>ORDER GRANTING<br>STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>FRCP 41(a)(1)(A)(ii) |

Plaintiff, BILLY WARREN GAGE, successor Conservator of the Estate of Edward J. Gage, and BILLY WARREN GAGE, as successor Trustee of The EDWARD J. & BETTY L GAGE TRUST, dated June 21, 1999 (Gage Trust), by and through his undersigned counsel hereby stipulates with the above named Defendants to dismissal this entire action, with prejudice, pursuant to FRCP 41(a)(1)(A)(ii). Accordingly, Plaintiff has provided Defendants with a Release of

the Lis Pendens that was recorded on July 21, 2014.

Dated: ~~March~~ April 13, 2017

SULLIVAN LAW
A Professional Corporation

By: /s/ Gene M. Kaufmann

Attorneys for Plaintiff, BILLY WARREN GAGE, as successor Conservator of the Estate of Edward J. Gage, and as successor Trustee of The EDWARD J. & BETTY L. GAGE TRUST, dated June 21, 1999

Dated: March 4, 2017

_____
LESLIE S. KING, Defendant

Dated: March 4, 2017

_____
LORI D. KING, Defendant

Dated: March 20, 2017

POWELL & REED, P.C.
A Professional Corporation

/s/ Todd M. Reed
Todd M. Reed, Attorneys for Defendant LOLA GAGE

Pursuant to the stipulation of the parties this action is dismissed with prejudice with each party to bear their own fees and costs.

IT IS SO ORDERED.

DATED: April 19, 2017

_____
United States District Court Judge

2